**Below is the Order of the Court.**

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re | Chapter 7 |
|---|---|
| Dennis Julius Loeb and Nancy Martha Loeb, | Case No. 88-06942 |
| Debtors. | ORDER OF RECUSAL |

This matter came before the Court *sua sponte*. The above-signed Bankruptcy Judge finds he must recuse himself from this case under 28 U.S.C. §455. Now, therefore it is hereby

ORDERED that the Clerk of the Court is directed to reassign the above-captioned case to Judge Brian D. Lynch;

IT IS FURTHER ORDERED that the Clerk of the Court is directed transfer the above-captioned case to the Tacoma Division of the United States Bankruptcy Court for the Western District of Washington.

/// END OF ORDER ///

Order - 1